FILED

JAN 10 2024

U.S. DISTRICT COURT WVND
CLARKSBURG, WV 26301

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No: 1:24-cr-4 |
| DENIS S. PRATT, | Violation: 18 U.S.C § 1001(a)(3) |
| Defendant | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(False Writing and Documents)

1. The Louis A. Johnson Veterans Affairs Medical Center (VAMC) in Clarksburg, West Virginia, provides services for veterans of the United States military. It is operated by the United States Department of Veterans Affairs. Veterans with service-connected disabilities are reimbursed for expenses, per mile, incurred in traveling from their place of residence to the VAMC and then back to their residence. To claim this reimbursement, the veteran must go to the Travel Benefits Office at the VAMC and provide information about the distance traveled. The Travel Benefits Office then provides the veteran a voucher, which is submitted to the Agent Cashier for reimbursement.

2. Between on or about August 31, 2018 through August 15, 2019, the defendant **DENIS S. PRATT** knowingly made and presented to the VAMC more than 100 fraudulent travel reimbursement claims. These claims were false because they misrepresented that the defendant traveled from a place of residence in Adelphi, Maryland, to appointments at the Clarksburg VAMC, when he actually then resided in Harrison County and Marion County, West Virginia. As

a result of his fraudulent travel reimbursement claims, defendant **DENIS S. PRATT** wrongfully obtained approximately $17,383.68 in overpayments.

3. Therefore, on the aforementioned dates, in Harrison County, in the Northern District of West Virginia, **DENIS S. PRATT** did willfully and knowingly make and use a false writing and document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the Department of Veterans Affairs, by materially misrepresenting on Clarksburg VAMC travel reimbursement forms that he had driven from Maryland, well knowing and believing that he had driven from his home in West Virginia, all in violation of Title 18, United States Code, Section 1001(a)(3).

WILLIAM J. IHLENFELD
United States Attorney

Andrew R. Cogar
Assistant United States Attorney